UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA

BILLINGS DIVISION

| | | |
|---|---|---|
| JASON PUTMAN, | ) | |
| | ) | No.  CV-12-07-BLG-CSO |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT IN A CIVIL CASE |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

_____

\_\_\_\_\_   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

\_\_X\_   **Decision by the Court**.  This action came before the Court for a determination on the record.  A decision has been rendered **Affirming** the Commissioner's decision.  Plaintiff's Motion for Summary Judgment is **Denied**, and Defendant's Motion for Summary Judgment is **Granted**.

**IT IS ORDERED AND ADJUDGED.**

DATED this 11th day of December, 2012.


**Tyler P. Gilman, Clerk of Court**


By:_____/s/ Peggy Cluff_____
**Deputy Clerk**